UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LATISHA MOORE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN ADJUSTMENT BUREAU, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NO. 3:17-CV-00816-MPS |

**NOTICE OF APPEARANCE AND OF SETTLEMENT**

　　　　Please note my appearance for the defendant American Adjustment Bureau, Inc.  Please also note that the parties have entered into a settlement in principle.

　　　　　　　　　　　　　　　　　　AMERICAN ADJUSTMENT BUREAU, INC.,

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　*/s/ Ian J. Gemmell*
　　　　　　　　　　　　　　　　　Ian J. Gemmell
　　　　　　　　　　　　　　　　　#ct28816
　　　　　　　　　　　　　　　　　igemmell@peabodyarnold.com
　　　　　　　　　　　　　　　　　John J. O'Connor
　　　　　　　　　　　　　　　　　*Pro Hac Vice Admission Pending*
　　　　　　　　　　　　　　　　　joconnor@peabodyarnold.com
　　　　　　　　　　　　　　　　　Peabody & Arnold LLP
　　　　　　　　　　　　　　　　　Federal Reserve Plaza
　　　　　　　　　　　　　　　　　600 Atlantic Avenue
　　　　　　　　　　　　　　　　　Boston, MA 02210-2261
Dated:  June 20, 2017　　　　　　　(617) 951-2100

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 20, 2017, a copy of the foregoing *Notice of Settlement.* was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                    */s/ Ian J. Gemmell*
                                    Ian J. Gemmell

1241800_1
16021-201939